# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Rung on 11/23/09 by djs

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **PARKER, RODNEY & KATHRYN**

Chapter 13 Case No. **06-40547**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CITIFINANCIAL MTGE CO INC<br>PO BOX 140609<br>IRVING, TX 75014 | 1+5 | $6,969.66 | $262.44 |

TOTAL TO CLERK'S FUND                                              $262.44

**November 20, 2009**                    /s/ Kyle L Carlson
DATE                                     TRUSTEE

RECEIVED 09 NOV 23 AM 9:33